## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

UNITED STATES OF AMERICA
for the Use and Benefit of SIMMONS
EROSION CONTROL, INC., and
SIMMONS EROSION CONTROL, INC.           **PLAINTIFFS**

vs.                         **CASE NUMBER: 4:06cv89-TSL-LRA**

ASHBRITT, INC., ASHBRITT
ENVIRONMENTAL SERVICES, INC.,
and FEDERAL INSURANCE COMPANY           **DEFENDANTS**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

**CAME ON** before this Court the joint *ore tenus* motion of the parties to dismiss this civil action with prejudice based upon the parties' settlement, and the Court, after having heard and considered said motion, finds that said motion is well-taken and shall be and hereby is granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this civil action and all claims which were brought and/or could have been brought herein shall be and hereby are dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 19th of October, 2007.

/s/Tom S. Lee
The Honorable Tom S. Lee
United States District Judge

AGREED:


/s/ Robert C. Williamson
Robert C. Williamson, Counsel for Defendants


/s/ Ralph B. Germany, Jr.
Ralph B. Germany, Jr., Counsel for Plaintiffs